## STATE v. STATEN

No. 102P94

Case below: 113 N.C.App. 426

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 May 1994.

## STATE v. WATSON

No. 153P94

Case below: 113 N.C.App. 656

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1994.

## STEFFEY v. MAZZA CONSTRUCTION GROUP

No. 117PA94

Case below: 113 N.C.App. 538

Petition by defendant (City of Burlington) for discretionary review pursuant to G.S. 7A-31 allowed 5 May 1994.

## TAYLOR v. NEWRENT, INC.

No. 99P94

Case below: 113 N.C.App. 426

Petition by defendant and third party plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 May 1994.

## TORAIN v. McCULLOCK

No. 123P94

Case below: 113 N.C.App. 657

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1994.